[ ] AMENDED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re:    (1)    GEORGIA HENRY    Case No. 19-20977

(2)

Debtor(s).    Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**    (1)    3804 GUERNSEY AVENUE
MEMPHIS, TN  38122

**PLAN PAYMENT:**

DEBTOR (1) shall pay $ **95.00 PER MONTH**

( ) PAYROLL DEDUCTION from:    **OR  (X)  DIRECT PAY**

DEBTOR (2) shall pay $

( ) PAYROLL DEDUCTION from:    **OR  ( )  DIRECT PAY**

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A)    CONTAINS A NON-STANDARD PROVISION.  [See Plan Provision #19]    ( ) **YES**  ( X ) **NO**

   (B)    LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF    ( ) **YES**  ( X ) **NO**
   THE COLLATERAL FOR THE CLAIM.  [See Plan Provision #7 and #8]

   (C)    AVOIDS A SECURITY INTEREST OR LIEN.  [See Plan Provision #12]    ( ) **YES**  ( X ) **NO**

2. **ADMINISTRATIVE EXPENSES:**  Pay filing fee and Debtor(s)' Attorney Fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:**  ( ) Included in Plan; **OR** ( X ) Not included in Plan; Debtor(s) to provide proof of insurance at Section 341 Meeting of Creditors.

4. **DOMESTIC SUPPORT:**  Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to**:**    **Monthly Plan Payment**

   NONE    Ongoing Payment Begins:    $
   Approximate Arrearage:    $

5. **PRIORITY CLAIMS:**

   NONE    Amount:    $

6. **HOME MORTGAGE CLAIMS:**  ( ) Paid Directly by Debtor(s); **OR** ( ) Paid by Trustee to:

   NONE    Ongoing Payment Begins:    $
   Approximate Arrearage:    $
   Ongoing Payment Begins:    $
   Approximate Arrearage:    $

7. **SECURED CLAIMS:**

   [Retain Lien 11 U.S.C. Sec. 1325 (a)(5)]    Value of Collateral:    Rate of Interest:    **Monthly Plan Payment**

   NONE    $
   $

In Re GEORGIA HENRY
Page # 2 of Plan

**8.  SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain Lien 11 U.S.C. Sec. 1325(a)] | Value of Collateral | Rate of Interest: | **Monthly Plan Payment** |
|---|---|---|---|
| NONE | | | $ |
| | | | $ |

**9.  SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

NONE                    Collateral:
                        Collateral:

**10.  SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest: | **Monthly Plan Payment** |
|---|---|---|---|
| DICK SIMONS PROPERTIES | $725 | 0% | $20.00 |

**11.  STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS**

NONE          ( ) Not provided for   **OR**   ( ) General unsecured creditor
              ( ) Not provided for   **OR**   ( ) General unsecured creditor

**12.  THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. Sec. 522(f):**

**13.  ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14.  ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:**  $15,000

**15.  THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) 10%,  **OR**

(X) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16.  THIS PLAN ASSUMES OR REJECTS THE FOLLOWING EXECUTORY CONTRACTS:**

DICK SIMONS PROPERTIES                    (X) Assumes  **OR**  ( ) Rejects.
                                          ( ) Assumes  **OR**  ( ) Rejects.

**17.  COMPLETION:**  Plan shall be completed upon payment of the above in approximately **60** months.

**18.  FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION  SHALL BE DEEMED AN ACCEPTANCE OF THE PLAN**

**19.  NON-STANDARD PROVISION(S):**

NONE

**ANY NON-STANDARD PROVISIONS STATED ELSEWHERE ARE VOID.**

**20.  CERTIFICATION:  THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Brad George (TN #17994)                              **DATE:** February 4, 2019
Counsel for Debtor(s)
2400 Poplar Avenue #460
Memphis, TN  38112
(901) 323-1311